IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Johnson, Nicole | Case Number: 07 B 05888 |
| | Judge: Wedoff, Eugene R |
| Printed: 6/24/08 | Filed: 4/2/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Dismissed: May 8, 2008
Confirmed: July 20, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 2,250.00 | |
| Secured: | | 1,425.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 703.47 |
| Trustee Fee: | | 121.53 |
| Other Funds: | | 0.00 |
| Totals: | 2,250.00 | 2,250.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Robert J Semrad & Associates | Administrative | 495.00 | 27.98 |
| 2. | Robert J Semrad & Associates | Administrative | 2,584.00 | 675.49 |
| 3. | Countrywide Home Loans Inc. | Secured | 0.00 | 0.00 |
| 4. | Beneficial Illinois Inc | Secured | 1,204.76 | 175.00 |
| 5. | Onyx Acceptance Corp | Secured | 12,458.24 | 1,250.00 |
| 6. | Countrywide Home Loans Inc. | Secured | 2,423.33 | 0.00 |
| 7. | Nicor Gas | Unsecured | 136.36 | 0.00 |
| 8. | City Of Chicago Dept Of Revenue | Unsecured | 61.00 | 0.00 |
| 9. | Commonwealth Edison | Unsecured | 27.86 | 0.00 |
| 10. | Onyx Acceptance Corp | Unsecured | 16.90 | 0.00 |
| 11. | Nelnet | Unsecured | 3,746.34 | 0.00 |
| 12. | Federated Retail Holdings Inc | Unsecured | 61.19 | 0.00 |
| 13. | RoundUp Funding LLC | Unsecured | 309.02 | 0.00 |
| 14. | American General Finance | Unsecured | 151.94 | 0.00 |
| 15. | Capital One | Unsecured | 99.37 | 0.00 |
| 16. | Portfolio Recovery Associates | Unsecured | 38.10 | 0.00 |
| 17. | Instant Cash Advance | Unsecured | | No Claim Filed |
| 18. | Credit Protection Association | Unsecured | | No Claim Filed |
| 19. | Nelnet Student Loan Corp | Unsecured | | No Claim Filed |
| 20. | West Asset Management | Unsecured | | No Claim Filed |
| 21. | Payday Loan | Unsecured | | No Claim Filed |
| 22. | Washington Mutual Bank FA | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 23,813.41 | $ 2,128.47 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:   Johnson, Nicole

Printed:  6/24/08

Case Number:  07 B 05888
Judge:  Wedoff, Eugene R
Filed:  4/2/07

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 121.53 |
|  | _____ |
|  | $ 121.53 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

